IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION



FILED
2020 APR 13 PM 3:23

| | | |
|---|---|---|
| LONNIE EARNEST, INDIVIDUALLY | § | |
| AND ON BEHALF OF OTHERS | § | |
| SIMILARLY SITUATED, | § | |
| PLAINTIFF, | § | |
| | § | |
| V. | § | CAUSE NO. 1:20-CV-137-LY |
| | § | |
| RANDSTAD TECHNOLOGIES, LLC, | § | |
| DEFENDANT. | § | |

## **FINAL JUDGMENT**

Before the court is the above entitled cause of action. On April 10, 2020, the parties filed a Stipulation of Dismissal without prejudice (Doc. #12), which the court has reviewed and now approves. Accordingly, the court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS HEREBY ORDERED** that the case hereby **CLOSED**.

SIGNED this __13th__ day of April, 2020.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE